Filed 9/27/22  P. v. Solis CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ERNESTO SOLIS,<br><br>    Defendant and Appellant. | 2d Crim. No. B318394<br>(Super. Ct. No. 2018040612)<br>(Ventura County) |

Ernesto Solis appeals the judgment entered after he pleaded guilty to two counts each of robbery (Pen. Code,[1] § 211), possession of a firearm by a felon (§ 29800, subd. (a)(1)), giving false information to a peace officer (§ 148.9, subd. (a)), and providing a false name on a promise to appear (Veh. Code, § 40504, subd. (b)), and one count of false imprisonment (§ 236). Appellant admitted personal firearm use allegations as to the

---

[1] All undesignated statutory references are to the Penal Code.

robbery and false imprisonment counts (§ 12022.53), and also admitted a prior strike and serious felony conviction (§§ 667, 1170.12).  The trial court sentenced him to 10 years and 4 months in state prison, to be served consecutive to a sentence of 23 years and 4 months in state prison imposed in Santa Barbara County Superior Court case number 18CR80043.  Appellant filed a timely notice of appeal from the sentencing order.

Because appellant pleaded guilty prior to trial, the relevant facts are derived from the transcript of the preliminary hearing. On the afternoon of October 20, 2018, appellant entered a liquor store wearing a ski mask, pointed a gun at the clerk, and demanded money from him.  Appellant's accomplice pointed a gun at another liquor store employee.  The incident was captured on surveillance video.  Eight days later appellant approached a marijuana dispensary delivery driver, showed him a gun, and took marijuana and other items from the trunk of the delivery driver's car.  During two subsequent traffic stops, appellant gave a false name and signed the citations with it.

We appointed counsel to represent appellant in this appeal. After reviewing the record, counsel filed a brief raising no issues. On June 23, 2022, we advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  We received no response.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

PERREN, J.

We concur:

GILBERT, P.J.

YEGAN, J.

_____

\* Retired Associate Justice of the Court of Appeal, Second Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

Bruce A. Young, Judge

Superior Court County of Ventura

_____

    Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

    No appearance for Plaintiff and Respondent.